

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 6, 2023

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square,
New York, NY 10007

      Re:    *United States v. Sonny Saratoga*, 21 Cr. 560 (RA)

Dear Judge Abrams:

      The Government respectfully submits this letter on behalf of both parties, in response to the Court's August 5, 2022 order (Dkt. No. 21), to provide the Court with a status update on this matter.

      As the Court is aware, on August 5, 2022, the Court granted the parties' joint letter adjourning trial in this matter until the defendant's state case pending in Bronx Supreme Court on factually overlapping charges has resolved. (Dkt. No. 21). The Government has been informed by defense counsel that the defendant's state case has outstanding motions that expect to be resolved in the next few months. Accordingly, the parties respectfully request that the Court set a new date in approximately six months for the parties to provide the Court with an additional status update.

      In addition, the Government requests, with the consent of the defendant, by and through defense counsel, that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from today until the date that the parties will provide the Court with a new status update. Such an exclusion is in the interest of justice so that the parties can continue discussions regarding a pretrial disposition after the defendant's state case is resolved.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:    */s/*
     Ni Qian/Michael Herman
     Assistant United States Attorneys
     (212) 637-2364 / -2221

---

Application granted. The parties shall file a status letter by August 7, 2023. Time is excluded until August 7, 2023, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
February 7, 2023