

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 24, 2026

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square,
New York, NY 10007

Application granted. The parties shall provide a status update by September 24, 2026. Time is excluded until September 24, 2026, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

_____

Ronnie Abrams, U.S.D.J.
March 25, 2026

     **Re:**    *United States v. Sonny Saratoga*, 21 Cr. 560 (RA)

Dear Judge Abrams:

The Government respectfully submits this letter on behalf of both parties, in response to the Court's September 24, 2025 order (Dkt. 37), to provide the Court with a status update on this matter. As the Court is aware, most recently on March 26, 2025, the Court granted the parties' joint letter adjourning trial in this matter until the defendant's state case pending in Bronx Supreme Court on factually overlapping charges has resolved. (*Id.*). The Government has reviewed the docket of the defendant's state case and learned that the defendant's state case had an appearance earlier today and is expected to have its next appearance on May 6, 2026, in the trial ready part ("TRP") of Bronx Supreme Court, and that the matter expects to be put down for trial at some point thereafter. Accordingly, the parties respectfully request that the Court set a new date in approximately six months (i.e., on or after September 24, 2026) for the parties to provide the Court with an additional status update, which would in all likelihood be after the defendant's state trial has concluded, accounting for the possibility of a trial adjournment, and any discussions about pretrial dispositions that could occur after the conclusion of the defendant's state case.

Moreover, the Government has communicated with defense counsel today and accordingly requests, with the consent of the defendant, by and through defense counsel, that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from today until the date that the parties will provide the Court with a new status update. Such an exclusion is in the interest of justice so that the parties can continue discussions regarding a pretrial disposition after the defendant's state case is resolved.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: ___*/s/*_____
    Ni Qian/Michael Herman
    Assistant United States Attorneys
    (212) 637-2364 / -2221