**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 24, 2026

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square,
New York, NY 10007

Application granted. The parties shall provide an additional status update by March 26, 2027. Time is excluded until March 26, 2027, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

Ronnie Abrams, U.S.D.J.
September 25, 2026

**Re: *United States v. Sonny Saratoga*, 21 Cr. 560 (RA)**

Dear Judge Abrams:

The Government respectfully submits this letter on behalf of both parties, in response to the Court's March 25, 2026 order (Dkt. 39), to provide the Court with a status update on this matter. As the Court is aware, most recently on March 25, 2026, the Court granted the parties' joint letter adjourning trial in this matter until the defendant's state case pending in Bronx Supreme Court on factually overlapping charges has resolved. (*Id.*). The Government has reviewed the docket of the defendant's state case and learned that the defendant's state case is expected to have its next appearance on October 21, 2026, in the trial ready part ("TRP") of Bronx Supreme Court, and that the matter expects to be put down for trial at some point thereafter. Accordingly, the parties respectfully request that the Court set a new date in approximately six months (i.e., on or after March 24, 2026) for the parties to provide the Court with an additional status update. In the meanwhile, the parties are engaged in discussions regarding a potential pretrial disposition.

Moreover, the Government has communicated with defense counsel yesterday and accordingly requests, with the consent of the defendant, by and through defense counsel, that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from today until the date that the parties will provide the Court with a new status update. Such an exclusion is in the interest of justice so that the parties can continue discussions regarding a pretrial disposition after the defendant's state case is resolved.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: ___/s/___________________________
Ni Qian/Michael Herman
Assistant United States Attorneys
(212) 637-2364 / -2221